U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

# Chapter 13 Plan (Individual Adjustment of Debts)

| ☐ | Original Plan |
|---|---|
| ☒ 1st | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

Debtor: Shawn Zabel　　SSN: xxx-xx-7113　　Case Number: 25-10293

Joint Debtor: Noemi Zabel　　SSN: xxx-xx-2887

## I. Notices

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans, and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified, or eliminated. If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation within 28 days after the completion of the Section 341 meeting of creditors. Additional objection deadlines may apply as set forth in Section IIIC below. The court may confirm this plan without further notice if no objection to confirmation is filed.

To All Parties: This form plan may not be altered other than in the nonstandard provisions in Section VII. The plan contains no nonstandard provisions other than those set out in Section VII.

Debtor(s) must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Not included," if both boxes are checked, or if no boxes are checked, the provision will be ineffective even if otherwise provided for in the plan.

The deadline to object to the amended or modified plan is _____

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not Included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☒ Included | ☐ Not Included |
| Nonstandard provisions, set out in Section VII | ☐ Included | ☒ Not Included |

**Unless otherwise provided for in this plan, the trustee shall disburse payments in the following order after trustee fees: equal monthly payments to secured creditors, administrative expenses including attorney fees, secured claims paid pro rata, priority claims, general unsecured claims.**

## II. Plan Payments, Length of Plan, and Debtor(s)' Attorney's Fee

A. **Monthly Plan Payment:** This plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/ conversion date. Debtor(s) will make payments by employer wage order unless otherwise requested. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

$1. $100.00　for　1　months;
$2. $319.00　for　35　months;
$3. _____　for　_____　months;
$4. _____　for　_____　months;
$5. _____　for　_____　months;
$6. _____　for　_____　months;
$7. _____　for　_____　months;
$8. _____　for　_____　months;
$9. _____　for　_____　months;
$10. _____　for　_____　months;
$11. _____　for　_____　months;

The total amount of estimated payments to the trustee　$11,263.25

B. **Debtor(s)' Attorney's Fee:** ☐ None   ☐ Pro Bono

Unless otherwise ordered, allowed administrative expenses for attorney's fees will be paid by the trustee.

| Total Fees: | $5,000.00 | Total Paid: | $2,440.00 | Balance Due: | $2,560.00 |
|---|---|---|---|---|---|
| Payable | /month (Months | to ) | | | |

## III. Treatment of Secured Claims

If a secured claim is not provided for in Section III, then the trustee will not disburse any funds to the holder of the claim.

If a claim listed in the plan as secured is filed or otherwise allowed as fully unsecured, the trustee will pay the claim as an unsecured claim as provided in Section V, and the claim will not be paid as a secured claim under Section III.

If a secured creditor obtains relief from the automatic stay as to collateral listed in Section III, the trustee will cease further payments to that creditor and, as of the date of entry of the order granting stay relief, the plan will be deemed not to provide for that creditor's secured claims beyond payments actually made to the creditor as of that date.

Payment of Notices filed under Rule 3002.1(c): The trustee will pay post-petition notices of fees, expenses, and charges filed pursuant to Bankruptcy Rule 3002.1(c) ("3002.1(c) Notice") pro rata when the trustee pays other secured creditors, unless the debtor timely objects to the 3002.1(c) Notice. A modified plan may be required to maintain feasibility. If the debtor timely objects, the trustee will pay the amount as determined by the court. The trustee will not pay 3002.1(c) Notice amounts if the plan provides for avoidance of the creditor's lien or the surrender of all property securing the creditor's claim.

A. **Payment In Full:** With the exception of tax claims of governmental units, the claims listed below will be paid in full, with the interest rate stated below. If the plan does not state an interest rate, the proof of claim controls the rate of interest. If no interest rate is listed in the plan or the proof of claim, the plan pays the claim without interest. For tax claims of governmental units, the debtor must state the rate required by 11 U.S.C. § 511 to permit the parties to calculate feasibility.

**The allowed claim amount stated on a proof of claim controls over any contrary claim amount listed in this section, whether the allowed claim amount is higher or lower (applies to Section IIIA only).**

The holder of any allowed secured claim listed in this section will retain its lien as provided in 11 U.S.C. § 1325(a)(5)(B)(i).

| 1. Creditor: | First Community Credit Union | | | |
|---|---|---|---|---|
| Address | | Arrearage on Petition Date: | $0.00 | |
| | | Payoff on Petition Date: | $6,719.62 | |
| | | Regular Payment (Maintain) | $208.30 | /month |
| Account Number: | 0200 | | | |
| Interest Rate: | 4.25 | | | |
| Disburse adequate protection pre-confirmation $ | $23.80 | | | |
| Other: | Trustee to disburse equal monthly payment of $208.30 | | | |

☐ Real Property   Check one below for Real Property:
  ☐ Principal Residence   ☐ Escrow is included in the regular payments
  ☐ Other Real Property   ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle
Description of Collateral:   2021 CF Moto CForce 600 Touring

**B. Maintenance of Payments and Cure of Default:** The debtor(s) will maintain payments during the case on the allowed secured claims listed below pursuant to 11 U.S.C. § 1322(b)(5).

The trustee will pay the arrearage listed on any allowed proof of claim filed before the deadline under Bankruptcy Rule 3002(c) or 3004. If the interest rate is left blank, the trustee will not pay interest on the arrearage. The installment payments will be paid as indicated below.

Any arrearage and the current monthly installment listed on a proof of claim (or a notice filed pursuant to Bankruptcy Rule 3002.1) control over any contrary amounts stated below.

1. **Creditor:** Wisconsin Home and Economic Development Association
   - Address:
   - Arrearage on Petition Date: $467.60
   - Payoff on Petition Date: 63,557.92
   - Arrears Payment (Cure): $7.79 /month
   - Account Number: 3049
   - Interest Rate: 0
   - Disburse adequate protection pre-confirmation $
   - Other: Debtors will pay regular mortgage payment directly
   - [X] Real Property
     - [X] Principal Residence
     - [ ] Other Real Property
   - Check one below for Real Property:
     - [X] Escrow is included in the regular payments
     - [ ] The debtor(s) will pay [ ] taxes [ ] insurance directly
   - Address of Collateral:
   - [ ] Personal Property/Vehicle
   - Description of Collateral: 200 N. East St. La Valle, WI 53941

2. **Creditor:** Summit Credit Union
   - Address:
   - Arrearage on Petition Date: $0
   - Payoff on Petition Date: 39,401.81
   - [Select Payment Type]: $0.00 /month
   - Account Number: 0460
   - Interest Rate: 0
   - Disburse adequate protection pre-confirmation $
   - Other: No current Arrears, Debtors will pay regular mortgage payment directly
   - [X] Real Property
     - [ ] Principal Residence
     - [ ] Other Real Property
   - Check one below for Real Property:
     - [ ] Escrow is included in the regular payments
     - [ ] The debtor(s) will pay [ ] taxes [ ] insurance directly
   - Address of Collateral:
   - [ ] Personal Property/Vehicle
   - Description of Collateral: 200 N. East St. La Valle, WI 53941

**C. Valuation of Collateral:** [X] NONE

**D. LIEN AVOIDANCE** [ ] NONE

■ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A judicial lien or other security interest securing a claim listed below will be avoided to the extent that it impairs an exemption upon entry of the order confirming the plan. The amount of the judicial lien or other security interest that is avoided will be treated as an unsecured claim in Section V to the extent allowed. The amount, if any, of the judicial lien or other security interest that is not avoided will be paid in full as a secured claim.

---

1. Creditor: First National Bank of Omaha

Estimated Amount of Creditor's Lien: $8,111.92

Value of Collateral: $140,000.00

Amount of Claims Senior to Creditor's Claim: $102,959.73

Value of Claimed Exemptions: $37,040.27

Amount of Secured Claim, if any:   Interest Rate: 0

Payable:   [Select Payment Type]   $0.00   Select Frequency

Description of Collateral: 200 N. East St., La Valle WI 53941

---

**E. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☐ NONE

☐ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. As to those creditors, entry of an order confirming this plan immediately (1) terminates the stay under 11 U.S.C. § 362(a) as to the collateral only, (2) terminates any stay under 11 U.S.C. § 1301, and (3) abandons the collateral under 11 U.S.C. § 554(b).

| | Name of Creditor | Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Summit Credit Union | 0001 | 2015 Chevrolet Silverado, VIN: 1GC4K0C87FF147953 |

## IV. Treatment of Fees and Priority Claims (as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4))

Trustee's fees are governed by statute, may change during the course of the case, and should not be specified herein.

All allowed priority claims will be paid in full without post-petition interest unless the plan otherwise provides.

The priority debt amount listed on a filed proof of claim controls over any contrary amount listed in this section, unless the court determines that a different amount of the allowed claim is entitled to priority.

A. **PRIORITY TAX CLAIMS:**   ■ NONE
B. **DOMESTIC SUPPORT OBLIGATION(S):**   ■ NONE
C. **OTHER:**   ■ NONE

## V. Treatment of Unsecured Nonpriority Creditors

A. Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata from any remaining funds after paying other disbursements made in accordance with the plan until either the applicable commitment period is reached or nonpriority unsecured claims are paid in full, whichever comes first.

Pro rata dividends will be calculated by the Trustee upon review of filed claims after the bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED:   ■ NONE

*Debtor(s) certifies the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

## VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

## VII. Non-Standard Plan Provisions

☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing Chapter 13 plan is true and correct under penalty of perjury.

_/s/ Shawn Zabel_   Debtor   4/25/25
                                      Date

_/s/ Noemi Zabel_   Joint Debtor   4/25/25
                                          Date

_____   _____
Attorney with permission to sign on   Date
Debtor(s)' behalf

By filing this document, the Attorney for Debtor(s) [or Debtor(s) if not represented by counsel] certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VII.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: Shawn Zabel  
Noemi Zabel

Chapter 13  
Case No.: 25-10293

## REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan supersedes all prior requests to amend the Plan and includes all proposed amendments. Terms not fully stated here or in the original Plan are not part of the Plan.

2. Service: A certificate of service must be filed with this request for plan amendment, together with the amended Western Wisconsin Local Form 3015-1.1.

3. Designate one of the following:

     A copy of this proposed amendment has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

    _____ A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following amendment of the Chapter 13 Plan filed with the Court:

    See Attached

All remaining terms of the original Chapter 13 plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment will control.

WHEREFORE, each Debtor requests the Court approve this proposed amendment to the original Chapter 13 Plan.

Local Form No. 3015-1.2    12/01/2017

Shawn and Noemi Zabel

Request to Amend Confirmed CH13 Plan: Attachment to 1st Amended Plan

Section II. A. 1 – 3. - Amended plan to change plan payment schedule:

1. $100 for one (1) month
2. $319 for thirty-five (35) months

                                    TOTAL: $11,263.25

Section III (A)1

1. Amends treatment of First Community Credit Union to clarify that Trustee will make equal monthly payments of $208.30 with adequate protection payments of $23.80.

Section III (C)2

1. Deletes Summit Credit Union from valuation of vehicles. This vehicle will be surrendered, and has been moved to section III(E).

Section III(E)

1. Adds Summit Credit Union, Acct. No. 0001, Chevrolet Silverado, VIN: 1GC4K0C87FF147953 to be surrendered to Summit Credit Union.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

    Shawn Zabel                                 Case No. 25-10293
    Noemi Zabel

    Debtors.

## NOTICE OF DEBTORS' REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

    **PLEASE TAKE NOTICE** that the above-named Debtors, Shawn and Noemi Zabel by their attorneys, Krekeler Law, S.C., have filed papers with the Court requesting to amend their unconfirmed Chapter 13 Plan, a copy of which is attached hereto and incorporated herein.

    **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to eliminate or change your claim, then on or before **twenty-one days (21 Days)** from the date of this Notice you or your attorney must:

    File with the court a written objection and request for hearing, explaining your objection to Debtors' Request to Amend Unconfirmed Chapter 13 Plan at:

United States Bankruptcy Court
120 North Henry Street
Madison, WI 53703

    If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

Attorney Colton J. Chase
Krekeler Law S.C.
26 Schroeder Ct., Ste. 300
Madison, WI 53711

U.S. Trustee
780 Regent Street, Suite 304A
Madison, WI 53715

If you or your attorney does not take these steps, the court may decide that you do not oppose the Debtors' Request to Amend Unconfirmed Chapter 13 Plan and, therefore, may enter an order granting said Amended Chapter 13 Plan.

Dated this 25th day of April, 2025.

**KREKELER LAW, S.C.**

By: */s/Colton J. Chase*
Colton J. Chase
State Bar No. 1112821
Attorneys for Debtors,
*Shawn & Noemi Zabel*

**ADDRESS:**
26 Schroeder Ct., Ste. 300
Madison, WI 53711
(608) 258-8555
cchase@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

    Shawn Zabel
    Noemi Zabel

Case No. 25-10293

    Debtors.

## CERTIFICATE OF SERVICE

STATE OF WISCONSIN    )
                                  ) ss.
COUNTY OF DANE        )

    The undersigned, being first duly sworn on oath, deposes and says that on April 25, 2025, the Debtors' Request to Amend Unconfirmed Chapter 13 Plan, Amended Chapter 13 Plan and Notice of Request to Amend Unconfirmed Chapter 13 Plan were electronically filed with the Clerk of Court and served upon the United States Trustee, the Debtors' attorney, and any other person designated by the Court using the ECF system.

    The undersigned, being first duly sworn on oath, deposes and says that on April 25, 2025, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Debtors' Request to Amend Unconfirmed Chapter 13 Plan, Amended Chapter 13 Plan and Notice of Request to Amend Unconfirmed Chapter 13 Plan to all on the attached list and to:

    Shawn & Noemi Zabel
    P.O. Box 438
    La Valle, WI 53941

                                                              /s/ Rebecca Porter
                                                              Rebecca Porter

Label Matrix for local noticing
0758-3
Case 3-25-10293-cjf
Western District of Wisconsin www.wiwb.uscour
Madison
Fri Apr 25 15:02:34 CDT 2025

1st Community Credit Union
1000 West Wisconsin Street
PO Box 167
Sparta, WI 54656-0167

Amazon Credit/Synchrony Bank
P.O. Box 71711
Philadelphia, PA 19176-1711

Justin J. Bates
8055 Meadow Rock Drive
Ste 2
Weston, WI 54476-5234

Mychal A. Bruggeman
Manty & Associates, P.A.
150 South Fifth Street
Ste 3125
Minneapolis, MN 55402-4221

CW Nexus Credit Card Holdings 1, LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

CW Nexus Holdings Trust I
P.O. Box 9201
Old Bethpage, NY 11804-9001

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One - Mastercard
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One - Venture
P.O. Box 30285
Salt Lake City, UT 84130-0285

Carson Smithfield LLC
PO Box 660397
Dallas, TX 75266-0397

Colton Johnson Chase
Krekeler Law, S.C.
26 Schroeder Court
Suite 300
Madison, WI 53711-2503

Credit One Bank - American Express
P.O. Box 60500
City of Industry, CA 91716-0500

Credit One Bank - Visa
P.O. Box 60500
City of Industry, CA 91716-0500

Discover
P.O. Box 6103
Carol Stream, IL 60197-6103

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

First National Bank of Omaha c/o BQ & Associ
14211 Arbor Street
Suite 100
Omaha, NE 68144-2312

Ford Motor Credit Company, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company, LLC c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)MARK HARRING
ATTN STANDING TRUSTEE
122 WEST WASHINGTON AVENUE SUITE 500
MADISON WI 53703-2758

IRS - Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)BATES LEGAL GROUP LLLC
ATTN JUSTIN J BATES ESQ
PO BOX 1473
WAUSAU WI 54402-1473

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lincoln Automotive Financial Services
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Madison Radiology
P.O. Box 678268
Dallas, TX 75267-8268

Merrick Bank
10705 S. Jordan Gateway
South Jordan, UT 84095-3977

Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715-1233

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

| | | |
|---|---|---|
| PayPal Credit / Synchrony Bank<br>PO Box 71718<br>Philadelphia, PA 19176-1718 | Jay J. Pitner<br>Gray & Associates, LLP<br>16345 West Glendale Drive<br>New Berlin, WI 53151-2841 | Sauk Prairie HealthCare<br>P.O. Box 70<br>Prairie Du Sac, WI 53578-0070 |
| Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 | Summit Credit Union<br>P.O. Box 8046<br>Madison, WI 53708-8046 |
| U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-1233 | United States Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)WHEDA<br>PO BOX 1728<br>MADISON WI 53701-1728 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>Compliance Bureau<br>PO Box 8901<br>Madison, WI 53708-8901 | Wisconsin Dept. of Workforce Development<br>Division of Unemployment Insurance<br>P.O. Box 8914<br>Madison, WI 53708-8914 |
| Wisconsin Housing and Economic Development A<br>c/o Gray & Associates, LLP<br>16345 West Glendale Drive<br>New Berlin, WI 53151-2841 | Noemi A Zabel<br>200 N. East St.<br>La Valle, WI 53941 | Shawn L Zabel<br>200 N. East St.<br>La Valle, WI 53941 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First National Bank of Omaha<br>P.O. Box 3331<br>Stop Code 9200<br>Omaha, NE 68103-0331 | Mark Harring<br>122 West Washington Ave.<br>Suite 500<br>Madison, WI 53703-2578 | Jefferson Capital Systems LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 |
| Justin J. Bates, Esq.<br>P.O. Box 1473<br>Wausau, WI 54402 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| WHEDA<br>P.O.Box 1728<br>Madison, WI 53701-1728 | (d)WHEDA<br>PO Box 1728<br>908 E Main St. Ste. 501<br>Madison, WI 53701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)1st Community Credit Union

(u)Summit Credit Union

End of Label Matrix
Mailable recipients    44
Bypassed recipients     2
Total                  46